**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michele Ann Barry | Social Security number or ITIN  xxx–xx–6125 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Robert Andrew Barry Sr. | Social Security number or ITIN  xxx–xx–9192 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  17–24650–CMG

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michele Ann Barry                              Robert Andrew Barry Sr.

11/10/20                                       **By the court:** <u>Christine M. Gravelle</u>
                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Michele Ann Barry  
Robert Andrew Barry, Sr.  
    Debtor(s)

Case No. 17-24650-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Nov 10, 2020     Form ID: 3180W     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michele Ann Barry, Robert Andrew Barry, Sr., 21A Ironwood Lane, Old Bridge, NJ 08857-4595 |
| 516952118 | + | Brclysbankde, Po Box 8803, Wilmington, DE 19899-8803 |
| 516952119 | + | Cap1/justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516952127 | + | Scott R. Miller, Esq., 203 Easton Avenue, New Brunswick, NJ 08901-1721 |
| 517058799 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2020 22:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2020 22:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516952120 | | EDI: CAPITALONE.COM | Nov 11 2020 02:18:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517147826 | | EDI: BL-BECKET.COM | Nov 11 2020 02:18:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517183754 | + | EDI: BASSASSOC.COM | Nov 11 2020 02:18:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 516952121 | + | EDI: WFNNB.COM | Nov 11 2020 02:18:00 | Comenity Bank/lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 516952122 | + | EDI: WFNNB.COM | Nov 11 2020 02:18:00 | Comenity Bank/pier 1, 4590 E Broad St, Columbus, OH 43213-1301 |
| 516952123 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2020 22:30:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517124305 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2020 22:51:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516952124 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2020 22:53:36 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 516952125 | + | EDI: NFCU.COM | Nov 11 2020 02:18:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 517063081 | + | EDI: NFCU.COM | Nov 11 2020 02:18:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 517114445 | | EDI: PRA.COM | Nov 11 2020 02:18:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |

Case 17-24650-CMG    Doc 47    Filed 11/12/20    Entered 11/13/20 00:24:09    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: 3180W | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 517101100 | | EDI: PRA.COM | Nov 11 2020 02:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517101108 | | EDI: PRA.COM | Nov 11 2020 02:18:00 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517129671 | | EDI: Q3G.COM | Nov 11 2020 02:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516952128 | + | EDI: RMSC.COM | Nov 11 2020 02:18:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 516952129 | + | EDI: RMSC.COM | Nov 11 2020 02:18:00 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 516952130 | + | EDI: RMSC.COM | Nov 11 2020 02:18:00 | Syncb/tjx Cos, Po Box 965005, Orlando, FL 32896-5005 |
| 516952131 | + | EDI: RMSC.COM | Nov 11 2020 02:18:00 | Syncb/toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 516952132 | + | EDI: RMSC.COM | Nov 11 2020 02:18:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 516952749 | + | EDI: RMSC.COM | Nov 11 2020 02:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516952133 | | EDI: TFSR.COM | Nov 11 2020 02:18:00 | Toyota Motor Credit Co, 4 Gatehall Drive, Parsippany, NJ 07054 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516952126 | | Residential Lease |
| 516952134 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co., 4 Gatehall Drive, Parsippany, NJ 07054 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

**Name**           **Email Address**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 10, 2020 | Form ID: 3180W | Total Noticed: 28 |

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Scott R. Miller
    on behalf of Joint Debtor Robert Andrew Barry  Sr. srmbk@optonline.net

Scott R. Miller
    on behalf of Debtor Michele Ann Barry srmbk@optonline.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6